Frank Dwight CARTER, Appellant,

v.

MISSOURI BOARD OF PROBATION AND PAROLE, State of Missouri, Department of Correction; Texas Board of Pardons and Paroles, State of Texas; Laura Birmingham, Parole Officer, State of Missouri; Matt Bochantin, Parole Officer, State of Missouri; Rissi Owens, Texas Board of Pardons and Paroles, Appellees.

No. 11–2107.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 14, 2011.

Filed: Oct. 18, 2011.

Frank Dwight Carter, St. Louis, MO, pro se.

Maureen Collins Beekley, Attorney General's Office, St. Louis, MO, Kimberly Fuchs, David Alan Harris, Attorney General of Texas, Austin, TX, for Appellees.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Frank Dwight Carter appeals the district court's[1] order dismissing his 42 U.S.C. § 1983 complaint without prejudice. We conclude dismissal was proper for the reasons the district court stated. Accordingly, the district court's judgment is af-

---

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

firmed. *See* 8th Cir. R. 47B. We also deny Carter's motion for appointment of appellate counsel.